## THIRD DEPARTMENT, FEBRUARY, 1969

### (February 6, 1969)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD H. LAWRENCE, Appellant.— Motion, insofar as it seeks to amend decision of this court and order entered thereon granted, and in all other respects denied. Decision dated December 27, 1968 [31 A D 2d 712] amended to read "Judgment of conviction and order denying the motion to suppress certain evidence reversed, on the law, motion granted, and a new trial ordered. Questions of fact have not been considered." Order entered December 30, 1968 amended to read "Ordered that the judgment of conviction and the order denying the motion to suppress certain evidence be and hereby are reversed, on the law, the motion to suppress granted and a new trial ordered. Questions of fact have not been considered." Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.